

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| Chrystle M., §<br>  Plaintiff, §<br> §<br>vs. §<br> § Civil Action No. 1:20-02927-MGL<br>ANDREW M. SAUL, *Commissioner of the* §<br>*Social Security Administration*, §<br>  Defendant. §<br> § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff Chrystle M.'s (Chrystle) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $3,675.59. Defendant Andrew M. Saul (Saul) filed a response and noted he does not oppose payment of attorney fees in the amount of $3,675.59.

Having carefully considered the motion, the response, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 13th day of July, 2021, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE